UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TINA L. POSADAS,

                          Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                          Defendant.

Case No. 13-5048 RBL-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

        This matter comes before the court on the Report and Recommendation of Magistrate

Judge Karen L. Strombom [ECF #19] recommending that this case be remanded, based on the

stipulation of the parties [ECF #18].  It is therefore ORDERED

        (1)  The Court ADOPTS the Report and Recommendation;

        (2)   The Court REVERSES and REMANDS for further administrative proceedings; and

        (3)   The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

        DATED this 22nd day of July, 2013.


                                        _____
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1