UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TINA L. POSADAS,<br><br>                Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                Defendant. | Case No. 13-5048 RBL-KLS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #19] recommending that this case be remanded, based on the stipulation of the parties [ECF #18].  It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation;

(2)   The Court REVERSES and REMANDS for further administrative proceedings; and

(3)   The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 22nd day of July, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1